UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:12-CV-24016

HAINAN CRUISE ENTERPRISE SA,

    Plaintiff,

vs.

HAPPY CRUISES S.A., QUAIL TRAVEL
GROUP, S.A., AND QUAIL CRUISES
SHIPMANAGEMENT, LTD.,

    Defendants.
_____/

## PROCESS OF ATTACHMENT AND GARNISHMENT

The Complaint in the above-styled cause was filed in this Court on November 6, 2012.

In accordance with Supplemental Rule B of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule B, you are directed to attach and garnish the property indicated below:

    All tangible and intangible property belonging to, claimed by, or being held for defendants HAPPY CRUISES S.A., QUAIL TRAVEL GROUP, S.A., and/or QUAIL CRUISES SHIP MANAGEMENT, LTD. by:

    Agencia De Viagens CVC Tur Limitada
    c/o Alltour of America, Inc.
    5878 Precision Drive
    Orlando, FL 32819

    and/or any other garnishee within this District on whom a copy of the Process of Maritime Attachment and Garnishment may be served, including, but not limited to, credits or funds, payable to, or otherwise for the benefit of the said defendants whether to or from the garnishee bank, in an amount up to and including the sum of

Case No.: 1:12-CV-24016
PAGE 2

$26,000,000.00 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

You shall also give notice of the attachment and garnishment to every person required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

DATED at Miami-Dade County, Florida this __16__ day of November, 2012.

Steven M. Larimore
CLERK

By: _____
Deputy Clerk

/64

Patrick E. Novak, Esq.
Florida Bar No. 838764
pnovak@admiral-law.com
Horr, Novak & Skipp, P.A.
Two Datran Center, Suite 1700
9130 S. Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Telefax: (3050 670-2526
Attorneys for Hainan Cruise Enterprise SA.

### SPECIAL NOTICE

Any person claiming an interest in property seized pursuant to this process of attachment and garnishment must file a claim in accordance with the post-seizure review provisions of Local Admiralty Rule B(5).



RECEIVED
NOV 3 0 2012

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:12-CV24016

Plaintiff:
**Hainan Crusie Enterprise, SA>**

vs.

Defendant:
**Happy Cruises S.A., et al**

For:
Patrick E. Novak
Horr, Novak & Skipp, P.A.
9130 S. Dadeland Ave.
Suite 1700
Miami, FL 33156

Received by Aallen Bryant & Associates, Inc. on the 19th day of November, 2012 at 11:04 am to be served on **Agencia De Viagens CVC Tur Limitada c/o Altour of America, Inc., 5878 Precision Dr., Orlando, FL 32819**.

I, Travis J. Foster, do hereby affirm that on the **21st day of November, 2012** at **10:15 am, I:**

<u>SERVED</u> an employee of the within named enitiy by delivering a true copy of this **Process of Attachment and Garnishment** at the address of **5855 American Way, Orlando, FL 32819** to **Andres Masi, Asst Controller** and informing them of the contents therein, in the absence of any officer or director, business agent or general manager at the corporation's place of business and due to the failure of the registered agent to comply with F.S. 48.091 and pursuant to F.S. 48.081.

**Additional Information pertaining to this Service:**
5878 Precision Dr., Orlando, FL 32819 is vacant.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a **Sheriff's Appointed** process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action. Pursuant to F.S. 92.525(2), no notary is required.

Travis J. Foster
Orange County SPS #M7793

Aallen Bryant & Associates, Inc.
P.O. Box 3828
Orlando, FL 32802-3828
(407) 872-0560

Our Job Serial Number: LAB-2012012816

Service Fee: _____



Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m