UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-23248-CIV-HUCK/BANDSTRA

QUAIL CRUISES SHIP MANAGEMENT, LTD.,

    Plaintiff,

v.

AGENCIA DE VIAGENS CVC TUR LIMITADA, *et al.*,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter is before the Court upon the Parties' Joint Motion to Administratively Close the Case. [DE #308] It is hereby

ORDERED that the Motion is GRANTED, and the case shall be administratively CLOSED. It is further ORDERED that the Parties are required to advise the Court once a settlement is reached.

DONE and ORDERED in Chambers, Miami, Florida, on December 28, 2012.

Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record